■ RONALD L. WALDRON, Appellant, v LUTHERAN SOCIAL SERVICES OF UPPER NEW YORK, INC., et al., Respondents. (Appeal No. 1.) [617 NYS2d 665] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment dismissing the complaint. Plaintiff failed to raise an issue of fact in response to defendants'

showing that the statements made by defendant Norman Berg were subject to a qualified privilege and were not made with malice *(see, Stukuls v State of New York,* 42 NY2d 272, 279; *McDowell v Dart,* 201 AD2d 895). Additionally, plaintiff's cause of action for intentional interference with contractual rights fails because plaintiff, an at-will employee, offered no proof that defendants made any fraudulent misrepresentations or threats or violated any duty owed to plaintiff based on a confidential relationship *(see, Miller v Richman,* 184 AD2d 191, 194). (Appeal from Judgment of Supreme Court, Chautauqua County, Cass, Jr., J.—Summary Judgment.) Present— Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.